UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

APR 0 1 2009

BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 09-4010-JSB |
| ) | JUDGE BRYANT |
| STEPHEN K. GILMORE ) | |

## MOTION TO SEAL

The United States moves this Court to place under seal the Complaint and accompanying affidavit in this matter, except to permit that a copy of the Complaint and accompanying affidavit may be provided to the defendant and his counsel following the arrest of the defendant.

Respectfully submitted,

EDWARD M. YARBROUGH
United States Attorney for the
Middle District of Tennessee

BY: _____
Byron M. Jones
Assistant U. S. Attorney
United States Courthouse
110 9th Avenue, South, Suite A-961
Nashville, TN 37203-3870
Phone: 615/736-5151