PROB 12A
(Rev.5/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Steven K. Gilmore     Case Number: 3:09-00080

Name of Sentencing Judicial Officer: The Honorable Robert L. Echols, U.S. District Judge

Date of Original Sentence: January 11, 2010

Original Offense: 18 U.S.C. § 1028(a)(7) Identity Theft (four counts), 18 U.S.C. § 1028A Aggravated Identity Theft, 18 U.S.C. § 1029(a) Aggravated Identity Theft

Original Sentence: 42 months' custody followed by 3 years' supervised release

Type of Supervision: Supervised Release     Date Supervision Commenced: March 28, 2013

Assistant U.S. Attorney: Byron M. Jones     Defense Attorney: David Baker

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Considered this 29 day of Oct, 2014,
and made a part of the records in the above case.

_Eric Illarmo_
Eric Illarmo
U.S. Probation Officer

U.S. District Judge CAMPBELL *

Place    Nashville, Tennessee

Date    October 24, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the defendant has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|
| 1. | **The defendant shall not commit another federal, state, or local crime.** |

According to an incident report provided by the Nashville Metropolitan Police Department, the complainant, a manager at a restaurant, accused the defendant of creating false reservations through a computerized system. The defendant then fraudulently received vouchers from the company that operated the system. The value of the vouchers were ultimately paid by the restaurant. According to restaurant records, the total value of the checks was approximately $3,000.

On August 29, 2014, the defendant and counsel met with the probation officer and provided a statement. He indicated that he was unaware that his use of the system resulted in a loss to the restaurant. He indicated he was approached by a manager in the summer of 2013 and instructed to stop using the system in a manner that resulted in a loss. The defendant indicated he complied, but he admitted that he subsequently used a $20 voucher at the restaurant. This resulted in his termination in March 2014.

In September 2014, the defendant and the restaurant entered into a written agreement. The defendant agreed to pay $2,688.50 to the restaurant in monthly installments of $150, in exchange for the promise to refrain from pursuing the matter through the criminal justice system. On October 10, 2014, the general manager of the restaurant confirmed that the defendant submitted his first payment as agreed. It is the request of the restaurant that the defendant be allowed to continue on supervision to allow him to pay the monies back, as agreed.

**Compliance with Supervision Conditions and Prior Interventions:**
Mr. Steven K. Gilmore began his term of supervised release on March 28, 2013, and is currently scheduled to complete his term on March 27, 2016. He is currently employed by Envy Vapors. He resides at 128 Crestview Drive, Mount Juliet, Tennessee.

**U.S. Probation Officer Recommendation:**
In light of the wishes of the victim restaurant, it is recommended that the defendant be continued on supervision with no further action taken. This matter has been reported to a representative of the U.S. Attorney's Office, who concurs with the recommendation.

Approved: _/s/ Britton Shelton_
Britton Shelton
Supervisory U.S. Probation Officer